UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTNERS FOR HEALTH AND HOME, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>SEUNG WEE YANG, et al.<br><br>Defendant. | No. CV 09-07849 CBM (RZx)<br><br>PRELIMINARY INJUNCTION |

In accordance with the Court's Order dated September 13, 2010, a Preliminary Injunction is hereby **ISSUED**, restraining and enjoining Defendants as follows.

Defendants and each of its officers, directors, employees, agents, servants, and all others in active concert or participation with Plaintiff are preliminarily enjoined from directly or indirectly:

1

1. selling or transferring the domain names "www.perma-life.co.kr" and "www.permalife.co.kr;"

2. using the domain names "www.perma-life.co.kr" and "www.permalife.co.kr" to advertise their cookware products;

3. using Plaintiff's PERMA-LIFE mark (with or without spaces, however spelled, whether capitalized, abbreviated, singular or plural, with or without a hyphen, or used alone or in combination with any other words) in metatags, in keyword or other pay-per-click advertising, or in any sponsored search engine advertising;

4. using Plaintiff's PERMA-LIFE mark (with or without spaces, however spelled, whether capitalized, abbreviated, singular or plural, with or without a hyphen, or used alone or in combination with any other words) as a visible video tag on internet advertising, including but not limited to YouTube;

5. using Plaintiff's PERMA-LIFE mark (with or without spaces, however spelled, whether capitalized, abbreviated, singular or plural, with or without a hyphen, or used alone or in combination with any other words) as part of any keyword or other search string in internet search engine advertising.

IT IS SO ORDERED.

DATED: September 13, 2010          By _____
                                   CONSUELO B. MARSHALL
                                   UNITED STATES DISTRICT JUDGE