O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARTNERS FOR HEALTH AND HOME, L.P., | ) ) ) | CASE NO. CV 09-07849 RZ consolidated with |
| Plaintiff, | ) ) | CASE NO. CV 10-04073 RZ |
| vs. | ) ) | ORDER |
| SEUNG WEE YANG, ETC., ET AL., | ) ) | |
| Defendants. | ) ) | |

Plaintiff's motion for summary adjudication is granted. (Doc 88) The Court has filed its Statement of Undisputed Facts and Conclusions of Law under separate cover.

Case Nos. CV 09-07849 RZ and CV 10-04073 RZ are hereby consolidated. (Doc. 73) All orders made in either case continue in effect. Hereafter, all filings shall be made only in the lower-numbered case No. CV 09-7849 RZ.

Plaintiff's motion for further preliminary injunction in case No. CV 09-07849 is granted. (Doc 84) Plaintiff shall lodge proposed Findings of Fact and Conclusions of Law and a proposed injunction within 21 days.

///
///
///
///

|    |    |
|----|----|
| 1  | Within 30 days, each party shall file a status memorandum, stating what |
| 2  | remains, and giving its views as to how to proceed further. |
| 3  | IT IS SO ORDERED. |

DATED: October 28, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE