# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PARTNERS FOR HEALTH AND HOME, L.P., a California Limited Partnership<br><br>Plaintiff,<br>v.<br><br>SEUNG WEE YANG individually and doing business as PEARL LIFE COOKWARE, Inc. and PLC USA, Inc.;<br><br>SOO JUNG KIM individually and doing business as PLC USA, Inc.<br><br>S T P America, Inc., a California corporation;<br><br>Dong Yang Science, Inc., a California corporation; and<br><br>DOES 1-10, inclusive<br><br>Defendants. | Case No.:  CV09-07849 RZ<br>consolidated with<br>Case No.:  CV10-04073 RZ<br><br>[PROPOSED] PRELIMINARY INJUNCTION<br><br><br><br>Date:            n/a<br>Time:           n/a<br>Courtroom:    540<br>Judge:          Hon. Ralph Zarefksy |

Plaintiff's Motion for Preliminary Injunction Prohibiting Defendants from Using Plaintiff's Perma-Life Trademark as a Brand Name ("Motion") came on for hearing on April 25, 2011.  After considering the briefs submitted by the parties and the evidence and arguments presented at the hearing, the Court GRANTED [114] Plaintiff's motion and ordered Plaintiff to file a proposed Preliminary Injunction.  The Court now ISSUES A PRELIMINARY INJUNCTION AS FOLLOWS:

1.  Defendants Seung Wee Yang and S T P America, Inc., and specifically including without limitation its officer and owner Seung Wee Yang, and any successor company to S T P

INTELLECTUAL PROPERTY LAW OFFICES OF JOEL VOELZKE, A PLC.
24772 W. SADDLE PEAK ROAD
MALIBU, CALIFORNIA 90265-3042
(310) 317-4466

1

America Inc.'s business including its officers and directors (collectively, "Defendants"), are hereby ENJOINED UNTIL FURTHER ORDER OF THIS COURT FROM DOING ANY OF THE FOLLOWING:

using the term "Perma Life" (with or without spaces, however spelled, whether capitalized, abbreviated, singular or plural, with or without a hyphen, or used alone or in combination with any other words) as a brand name for any product anywhere in the world, specifically including but not limited to Korea, whether in advertising or other promotion, or on a product, or on packaging for a product, or in close proximity to any product, regardless of whether any such use has already begun by the date of this order.

2.  Defendants Seung Wee Yang and S T P America, Inc., and specifically including without limitation its officer and owner Seung Wee Yang, and any successor company to S T P America Inc.'s business including its officers and directors (collectively, "Defendants"), are hereby ORDERED to:

a) within ten (10) calendar days of entry of this Order, file a voluntary abandonment of Mr. Yang's Korean Trademark Application No. 40-2009-0035888, or any trademark registration that may have issued thereon by that time, and file a voluntary abandonment of any other trademark application that Mr. Yang or any company that he controls may have filed anywhere in the world, for the mark "Perma Life" (with or without spaces, however spelled, whether capitalized, abbreviated, singular or plural, with or without a hyphen, or used alone or in combination with any other words); and

//

//

INTELLECTUAL PROPERTY LAW OFFICES OF JOEL VOELZKE, A P.C.
24772 W. SADDLE PEAK ROAD
MALIBU, CALIFORNIA 90265-3042
(310) 317-4466

2

*Partners for Health and Home, L.P. v. Seung Wee Yang*
**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INTELLECTUAL PROPERTY LAW OFFICES OF JOEL VOELZKE, A P.C.
24772 W. SADDLE PEAK ROAD
MALIBU, CALIFORNIA 90265-3042
(310) 317-4466

~~b) within twenty (20) calendar days of entry of this order, file with the court and~~ ~~serve on Plaintiff's counsel a sworn report detailing how they have complied with this~~ ~~order.~~

IT IS SO ORDERED

Dated:  <u>December 14, 2011</u>

_____

Magistrate Judge,
United States District Court

Presented by:

_____  /Joel D. Voelzke/_____

Joel D. Voelzke
Intellectual Property Law Offices of Joel Voelzke, A P.C.
24772 W. Saddle Peak Road
Malibu, CA  90265
Tel: (310) 317-4466
Fax: (310) 317-4499

Attorneys for Plaintiff Partners for Health and Home, L.P.

*Partners for Health and Home, L.P. v. Seung Wee Yang*
**[PROPOSED] PRELIMINARY INJUNCTION ORDER**