**O**

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

PARTNERS FOR HEALTH AND HOME,   )   CASE NO.   CV 09-07849 RZ
L.P., ETC.,                     )              consolidated with
                                )              CV 10–04073 RZ
            Plaintiff,          )
                                )
      vs.                       )   ORDER AWARDING
                                )   ATTORNEY'S FEES
SEUNG WEE YANG, ETC., ET AL.,   )
                                )
            Defendants.         )
                                )

In accordance with the Findings of Fact and Conclusions of Law Regarding Plaintiff's Application for Attorney's Fees and Costs, filed concurrently herewith,

IT IS ORDERED and ADJUDGED that Plaintiff shall have and recover from Defendants the sum of $259,483.02 as attorney's fees and non-taxable costs.

DATED: September 28, 2012

                                        _____
                                            RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE